**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7273**

REGINALD FULLARD,

Plaintiff - Appellant,

v.

B. VALENTINE, Winston-Salem Police Department; C.K. ROBERTSON, Winston-Salem Police Department; SERGEANT SHELTON, Winston-Salem Police Department; D.R. WATTS, Winston-Salem Police Department; BARRY ROUNTREE, Winston-Salem Police Department; FORSYTH COUNTY; STATE OF NORTH CAROLINA GUILFORD COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:17-cv-00701-LCB-JLW)

Submitted:  February 19, 2019                          Decided:  February 25, 2019

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Valentine*, No. 1:17-cv-00701-LCB-JLW (M.D.N.C. Sept. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*